UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY W. SHORKEY,

    Plaintiff,                               Case No. 13-14237

v.

                                       Hon. John Corbett O'Meara

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Charles E. Binder's September 12, 2014 report and recommendation. Plaintiff filed objections to the report and recommendation on September 24, 2014.

This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Binder reached the correct conclusions. Accordingly, the court will overrule Plaintiff's objections.

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                          s/John Corbett O'Meara
                                                          United States District Judge

Date:  October 21, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, October 21, 2014, using the ECF system.

                s/William Barkholz
                Case Manager